UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA          CASE NO. 8:24-cr-429-CEH-CPT

v.

PIOTR MAREK ADAMCZYK,

### DEFENDANT'S WITNESS LIST

The Defendant, Piotr Marek Adamczyk, through undersigned counsel, respectfully submits the following list of witnesses to be called in the defense's case-in-chief:

1.    Slawomir Winiewski.

2.    All witnesses listed by the government.

Defense reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,
OMAR ABDELGHANY
550 N Reo St., Suite 300
Tampa, FL 33609
Telephone: (813) 461-5291
attorney@tampa-criminal-attorney.com

_Omar Abdelghany_
Omar Abdelghany
Fla. Bar No. 105682

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record, on this 12th day of May, 2026.

_Omar Abdelghany_
Omar Abdelghany
Fla. Bar No. 105682