**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**UNITED STATES OF AMERICA,**

**vs.**

**Case No. 8:24-cr-429-CEH-CPT**

**PIOTR MAREK ADAMCZYK,**

## AMENDED EXHIBIT LIST

_____Government   _____Plaintiff   __X__Defendant   _____Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| A | | | | | Drawing of Delphia 46cc yacht deck layout |
| B | | | | | Drawing of Delphia 46cc yacht exterior profile keel |
| C | | | | | Brochure with various pictures of Delphia 46cc yacht (12 pages, C1-C12) |
| D | | | | | Photos of interior of Delphia 46cc yacht (4 pages, D1-D4) |
| E | | | | | Second drawing of Delphia 46cc yacht deck layout |
| F | | | | | Photo of Mr. Adamczyk's various personal items seized from yacht |
| G | | | | | Photo of Mr. Adamczyk's blue bag seized from yacht |
| H | | | | | Photo of Mr. Adamczyk's black pouch bag seized from yacht |
| I | | | | | Photo of Mr. Adamczyk's various identification cards seized from yacht |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the

Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to

all parties of record, on this 18th day of May, 2026.

_Omar Abdelghany_

Omar Abdelghany
Fla. Bar No. 105682