UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:24-cr-429-CEH-CPT

WIESLAW ROBERT RUTA and
PIOTR MAREK ADAMCZYK

## VERDICT FORM

### AS TO DEFENDANT, **PIOTR MAREK ADAMCZYK**

1. **Count One of the Indictment**

    As to the offense of conspiring to possess with the intent to distribute cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b),

We, the Jury, find the Defendant, **PIOTR MAREK ADAMCZYK:**

       Not Guilty _____          Guilty ___✓_____

    If you find the Defendant guilty, then proceed to answer the following question:

We further find that the amount of cocaine involved in the offense charged in Count One is:

    __✓__ Five (5) kilograms or more
    _____ Five hundred (500) grams or more (but less than five (5) kilograms)
    _____ Less than five hundred (500) grams

2.    **Count Two of the Indictment**

As to the offense of knowingly and intentionally possessing with the intent to distribute, or aiding and abetting other persons in the possession with the intent to distribute, cocaine while aboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a), 70506(a), and 18 U.S.C. § 2, We, the Jury, find the Defendant, **PIOTR MAREK ADAMCZYK:**

Not Guilty _____         Guilty ___✓_____

If you find the Defendant guilty, then proceed to answer the following question:

We further find that the amount of cocaine involved in the offense charged in Count Two is:

___✓___ Five (5) kilograms or more
_____ Five hundred (500) grams or more (but less than five (5) kilograms)
_____ Less than five hundred (500) grams

SO SAY WE ALL, this 26ᵗʰ day of ___May___, 2026.

_____
FOREPERSON