# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-429-CEH-CPT

PIOTR MAREK ADAMCZYK

_____

## ADJUDICATION OF GUILT

Pursuant to the Jury's Verdict finding Defendant guilty on May 26, 2026 (Doc. 162), Defendant Piotr Marek Adamczyk, is adjudged guilty of Counts One and Two of the Indictment.

**Sentencing is scheduled for August 26, 2026, at 11:00 a.m. before the undersigned.**

**DONE and ORDERED** in Tampa, Florida on this 27th day of May 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office