# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

Case No. 8:24-cr-429-CEH-CPT

v.

PIOTR MAREK ADAMCZYK,

Defendant.

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Rebecca L. Castaneda, Esq., of The Cast Law Firm, PLLC, hereby appears as retained counsel of record for Defendant **Piotr Marek Adamczyk** in the above-captioned matter. Undersigned counsel is admitted to practice before this Court and requests that all notices, pleadings, and other papers be served upon her at the address below.

A motion regarding the status of present court-appointed counsel is filed contemporaneously herewith.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.
Florida Bar No. 1007926
The Cast Law Firm, PLLC
506 N. Armenia Avenue, Tampa, FL 33609
(813) 585-2277  |  Rebecca@CastLF.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will serve

all counsel of record.

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.