# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

                                          Case No. 8:24-cr-429-CEH-CPT

     v.

PIOTR MAREK ADAMCZYK,

                Defendant.

---

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Piotr Marek Adamczyk, by and through undersigned retained counsel, respectfully moves the Court to substitute Rebecca L. Castaneda, Esq., as counsel of record in place of present court-appointed counsel, Omar Abdelghany, Esq., and to relieve Mr. Abdelghany of further representation. In support, Defendant states:

1. Mr. Abdelghany was appointed to represent Defendant under the Criminal Justice Act, 18 U.S.C. § 3006A.

2. Defendant has retained undersigned counsel to represent him for the remainder of the proceedings before this Court, including sentencing. Undersigned counsel has met with Defendant and is prepared to proceed.

3. **Continued indigency; third-party payment.** Defendant remains financially unable to retain counsel from his own resources. Undersigned counsel's fees are being paid by Defendant's mother, Jadwiga Adamczyk, a resident of Poland, and not from any assets belonging to Defendant. The arrangement complies with

Rule 4-1.8(f) of the Rules Regulating The Florida Bar, and undersigned counsel is prepared to disclose its terms to the Court at any inquiry the Court deems appropriate.

4.    Mr. Abdelghany does not oppose this motion and has agreed to provide undersigned counsel with the case file to ensure a seamless transition. Defendant consents to the substitution.

5.    This motion is made in good faith and not for purposes of delay.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order substituting Rebecca L. Castaneda, Esq., as counsel of record, relieving Omar Abdelghany, Esq., of further representation, and granting such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.
Florida Bar No. 1007926
The Cast Law Firm, PLLC
506 N. Armenia Avenue, Tampa, FL 33609
(813) 585-2277  |  Rebecca@CastLF.com
Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.