# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

                                        Case No. 8:24-cr-429-CEH-CPT

    v.

PIOTR MAREK ADAMCZYK,

                Defendant.

---

## FIRST MOTION TO EXTEND DEADLINE FOR OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

Defendant Piotr Marek Adamczyk, by and through undersigned counsel, respectfully moves the Court under Fed. R. Crim. P. 32(b)(2) to extend the deadline set by Fed. R. Crim. P. 32(f)(1) for filing objections to the Presentence Investigation Report, and in support states:

1.      Following a jury trial, Defendant was convicted and is awaiting sentencing, currently set for August 26, 2026.

2.      The United States Probation Office disclosed the Presentence Investigation Report to prior counsel. Under Fed. R. Crim. P. 32(f)(1), objections are presently due August 5, 2026. Undersigned counsel received the disclosed report on August 3, 2026, two days before the objection deadline, and has not yet had the opportunity to review it against the trial record or with Defendant.

3.      Undersigned counsel was retained by Defendant and, on July 30, 2026, moved to substitute as counsel of record in place of prior court-appointed counsel.

1

That motion was granted. Undersigned counsel is in the process of obtaining the complete case file from prior counsel.

4.      Undersigned counsel requires additional time to review the Presentence Investigation Report against the trial record before framing objections. Because this matter proceeded through trial rather than by plea, the record is extensive. In addition, Defendant's preferred language is Polish. Because the Administrative Office of the United States Courts administers no certification examination for Polish, review of the report with Defendant must be conducted with a professionally qualified Polish-language interpreter, whose availability must be arranged in advance. That review is not a matter of convenience. Fed. R. Crim. P. 32(i)(1)(A) requires the Court to verify at sentencing that Defendant and counsel have read and discussed the report and any addendum.

5.      Defendant is contemporaneously filing a First Motion to Continue Sentencing. This motion is made to ensure that Defendant's objections to the report are not waived under Fed. R. Crim. P. 32(f)(1) while that motion is pending.

6.      Good cause exists to modify the deadline under Fed. R. Crim. P. 32(b)(2). This motion is not made for purposes of delay, but so that counsel may meaningfully review the report and, if warranted, state objections with the specificity Rule 32(f)(1) requires.

**WHEREFORE**, Defendant respectfully requests that the Court extend the deadline for filing objections to the Presentence Investigation Report to a date fourteen days after the Court rules on Defendant's contemporaneously filed First

Motion to Continue Sentencing, or, if that motion is denied, through and including August 12, 2026, and grant such other relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that on July 30, 2026, counsel conferred with Assistant United States Attorney Joseph Ruddy by email regarding the relief requested in this motion. As of the time of filing, the Government has not stated its position.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.
Florida Bar No. 1007926
The Cast Law Firm, PLLC
506 N. Armenia Avenue, Tampa, FL 33609
(813) 585-2277  |  Rebecca@CastLF.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.

3