# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

                                           Case No. 8:24-cr-429-CEH-CPT

        v.

PIOTR MAREK ADAMCZYK,

                      Defendant.

---

## FIRST MOTION TO CONTINUE SENTENCING

Defendant Piotr Marek Adamczyk, by and through undersigned counsel, respectfully moves the Court to continue the sentencing hearing presently scheduled for August 26, 2026, for a period of sixty (60) days, and in support states:

1. Following a jury trial, Defendant was convicted and is awaiting sentencing, currently set for August 26, 2026.

2. Undersigned counsel was retained by Defendant and, on July 30, 2026, moved to substitute as counsel of record in place of prior court-appointed counsel. That motion was granted. Undersigned counsel is in the process of obtaining the complete case file from prior counsel.

3. The United States Probation Office disclosed the Presentence Investigation Report to prior counsel. Undersigned counsel received the disclosed report on August 3, 2026, two days before objections are due under Fed. R. Crim. P. 32(f)(1). Earlier today, Defendant filed a First Motion to Extend Deadline for Objections to the Presentence Investigation Report.

4.      Undersigned counsel requires adequate time to review the full trial record, including the trial transcripts, exhibits, and discovery, before sentencing. Trial transcripts appear to have been produced today. Because this matter proceeded through trial rather than by plea, the record is extensive. Informed sentencing advocacy requires counsel to master that record, review the Presentence Investigation Report, prepare and file objections, and prepare a sentencing memorandum.

5.      Defendant's preferred language is Polish. Because the Administrative Office of the United States Courts administers no certification examination for Polish, preparation with Defendant must be conducted with a professionally qualified Polish-language interpreter, whose availability must be arranged in advance. That preparation is not a matter of convenience. Fed. R. Crim. P. 32(i)(1)(A) requires the Court to verify at sentencing that Defendant and counsel have read and discussed the Presentence Investigation Report and any addendum.

6.      Undersigned counsel has advised Defendant of the reasons for this request, and Defendant consents to the continuance.

7.      This motion is not made for purposes of delay, but so that counsel may meaningfully review the record and the Presentence Investigation Report and present informed argument at sentencing.

**WHEREFORE**, Defendant respectfully requests that the Court continue the sentencing hearing presently scheduled for August 26, 2026, for a period of sixty (60)

2

days, to a date on or after October 30, 2026, convenient to the Court, and grant such other relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that on July 30, 2026, counsel conferred with Assistant United States Attorney Joseph Ruddy by email regarding the relief requested in this motion. As of the time of filing, the Government has not stated its position.

Respectfully submitted,

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.
Florida Bar No. 1007926
The Cast Law Firm, PLLC
506 N. Armenia Avenue, Tampa, FL 33609
(813) 585-2277  |  Rebecca@CastLF.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Rebecca L. Castaneda*
Rebecca L. Castaneda, Esq.

3