**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:24-cr-429-CEH-CPT

PIOTR MAREK ADAMCZYK

_____

**ORDER**

This matter comes before the Court upon Defendant's First Motion to Extend Deadline for Objections to the Presentence Investigation Report (Doc. 181) and Defendant's First Motion to Continue Sentencing (Doc. 182), filed on August 3, 2026.

In support of the motion to extend the deadline to file objections to the Presentence Investigation Report (PSR) and the motion to continue sentencing, defense counsel indicates that Defendant's sentencing hearing is currently scheduled for August 26, 2026, and objections to the PSR are due on August 5, 2026. Counsel contends that although the United States Probation Officer disclosed the PSR to Defendant's prior counsel, current counsel just received the PSR on August 3, 2026, and needs more time to obtain the case file from prior counsel, review the file and the PSR, compare them to the trial record, and discuss the case with Defendant with the assistance of a Polish interpreter. For these reasons, Defendant requests a fourteen (14) day extension of the deadline for filing objections to the PSR and a sixty (60) day continuance of the sentencing hearing to a date on or after October 30, 2026. The Court has been informed that on July 30, 2026, defense counsel emailed counsel for

the United States to seek the Government's position on the motions; however, counsel has not yet received a response from the Government. Having considered the motions, the Court will grant the motions. Accordingly, it is hereby,

**ORDERED:**

1. Defendant's First Motion to Extend Deadline for Objections to the Presentence Investigation Report (Doc. 181) is **GRANTED**.

2. The deadline for Defendant to submit objections to the PSR is extended to August 28, 2026.

3. Defendant's First Motion to Continue Sentencing (Doc. 182) is **GRANTED**.

4. The sentencing hearing on August 26, 2026, is rescheduled for November 5, 2026, at 11:00 AM.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of August 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office

2