**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Case No. 8:24-cr-429-CEH-CPT

v.

PIOTR MAREK ADAMCZYK,

Defendant.

---

## UNOPPOSED SECOND MOTION TO CONTINUE SENTENCING

Defendant Piotr Marek Adamczyk, by and through undersigned counsel, respectfully moves the Court under Fed. R. Crim. P. 32(b)(2) to continue the sentencing hearing presently scheduled for November 5, 2026, at 11:00 a.m., for a period of sixty (60) days, to a date certain, and in support states:

1. Following a jury trial, Defendant was convicted and is awaiting sentencing, currently set for November 5, 2026, at 11:00 a.m.

2. Undersigned counsel was retained and substituted as counsel of record on July 30, 2026, replacing prior court-appointed counsel. Undersigned counsel did not represent Defendant at trial.

3. The Court previously continued sentencing from its original setting. This is Defendant's second request to continue.

4. Co-defendants Ruta and Winiewski ordered the complete trial transcripts for purposes of their appeals. Undersigned counsel is still reviewing those transcripts and needs an additional sixty (60) days to complete that review and to

prepare for sentencing. Because this matter proceeded through a jury trial, the record is extensive.

5. Review of the trial record is necessary to prepare objections to the Presentence Investigation Report and to litigate the contested sentencing issues in this case, which include obstruction of justice, a mitigating-role reduction, safety-valve eligibility, and drug quantity. See Fed. R. Crim. P. 32(i)(3)(B). Because counsel did not try the case, counsel must review the trial record to present these issues and to argue under 18 U.S.C. § 3553(a), including the need to avoid unwarranted sentencing disparities among co-defendants under § 3553(a)(6).

6. Rule 32(b)(2) permits the Court, for good cause, to change any time limits prescribed in the rule. Good cause exists here. A continuance will allow counsel to provide effective assistance at sentencing and will give the Court a complete and accurate record on which to resolve the disputed sentencing issues.

7. Defendant is detained. He has been consulted and consents to this request.

8. Undersigned counsel conferred with Assistant United States Attorney Joseph K. Ruddy, who does not object to the relief requested.

9. This motion is made in good faith and not for purposes of delay, and no party will be prejudiced by the relief requested.

**WHEREFORE**, Defendant respectfully requests that the Court continue the sentencing hearing presently set for November 5, 2026, by sixty (60) days and reset it

for a date certain. Counsel is available on January 4, 5, or 6, 2027, or on another date convenient to the Court.

Respectfully submitted,

/s/ Rebecca L. Castaneda
Rebecca L. Castaneda, Esq.
Florida Bar No. 1007926
The Cast Law Firm, PLLC
506 N. Armenia Avenue, Tampa, FL 33609
(813) 585-2277 | Rebecca@CastLF.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

/s/ Rebecca L. Castaneda
Rebecca L. Castaneda, Esq.