**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:24-cr-429-CEH-CPT

PIOTR MAREK ADAMCZYK

---

**ORDER**

This cause came on for consideration upon Defendant's Unopposed Second Motion to Continue Sentencing (Doc. 237), filed on October 27, 2026, in which Defendant seeks a sixty-day continuance of the sentencing hearing currently scheduled for November 5, 2026, at 11:00 A.M. In support of the motion, defense counsel indicates that she is in the process of reviewing the trial record in this case and needs an additional sixty (60) days to complete that review and prepare for sentencing. The Court has been advised that the United States does not object to the request for a continuance. Having considered the matter, the Court will continue the sentencing hearing. Accordingly, it is now,

**ORDERED:**

1. Defendant's Unopposed Second Motion to Continue Sentencing (Doc. 237) is **GRANTED**.
2. The sentencing hearing on November 5, 2026, at 11:00 A.M., is rescheduled for January 5, 2027, at 10:00 A.M.

3. The Court notes that the sentencing hearing in this case has now been continued for four (4) months to allow defense counsel to review the trial transcript, prepare objections to the Presentence Investigation Report, and prepare for the sentencing hearing. It is unlikely that further continuances of the sentencing hearing will be granted for this same purpose.

**DONE AND ORDERED** in Tampa, Florida, on October 28, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office